**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1999**

MATTIE SARAH ELIZABETH WILSON,

Plaintiff - Appellant,

v.

SOUTH CAROLINA TELCO FEDERAL CREDIT UNION BANK; CHAD OLIVER; TERESA VALAYE; SYVANNA; KATE PATTERSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Jacquelyn Denise Austin, Magistrate Judge.  (6:20-cv-02087-MGL)

Submitted:  February 18, 2021                    Decided:  February 22, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mattie Sarah Elizabeth Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mattie Sarah Elizabeth Wilson seeks to appeal the magistrate judge's report recommending that the district court dismiss Wilson's complaint for lack of subject matter jurisdiction or, alternatively, for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*